UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

---

TIMBISHA SHOSHONE TRIBE,         NO. 2:08-cv-03060-MCE-DAD

     Plaintiff,

  v.                               ORDER

DIRK A. KEMPTHORNE, SECRETARY
OF THE UNITED STATES
DEPARTMENT OF THE INTERIOR,
et al.,

     Defendants.

----oo0oo----

Pursuant to Eastern District Local Rule 3-120, "Whenever in any action the Court finds upon its own motion...that an action has not been commenced in the proper court in accordance with this Rule...the Court may transfer the same to another venue within the District." Accordingly, because it appears from the Complaint that this action was not commenced in the proper court, Plaintiff is ordered to file papers with the Court within ten (10) days showing why venue in the United States District Court sitting in Sacramento is proper.

///

If Plaintiff fails to make such a filing, the Court will transfer the instant action to the United States District Court sitting in Fresno.  The Court will take no further action in this case until the question of proper venue has been resolved.

IT IS SO ORDERED.

Dated: December 19, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE