UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TIMBISHA SHOSHONE TRIBE,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRK A. KEMPTHORNE, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>    Defendants. | No. 2:08-cv-03060-MCE-DAD<br><br>MEMORANDUM AND ORDER |

Per this Motion, Jack Duran and Robert A. Rosette seek leave of this Court to withdraw as Plaintiff's counsel.[1] Because the Motion is procedurally correct and unopposed, and because, pursuant to California Rule of Professional Conduct 3-700, Mr. Duran and Mr. Rosette have demonstrated good cause for their request, the Motion is GRANTED.

IT IS SO ORDERED.

Dated: January 8, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs. E.D. Cal. Local Rule 78-230(h).

1