UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMBISHA SHOSHONE TRIBE, | No. 2:08-cv-03060-MCE-DAD |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| DIRK A. KEMPTHRONE, ET AL., | |
| Defendants. | |
| TIMBISHA SHOSHONE TRIBE, ET AL. | No. 2:09-cv-00246-MCE-DAD |
| Plaintiffs, | |
| v. | |
| KEN SALAZAR, ET AL., | |
| Defendants. | |
| TIMBISHA SHOSHONE TRIBE, ET AL., | No. 1:09-cv-02230-LJO-SMS |
| Plaintiffs, | |
| v. | |
| KEN SALAZAR, ET AL., | |
| Defendants. | |

1

| | | |
|---|---|---|
| 1 | TIMBISHA SHOSHONE TRIBE, ET AL., | No. 1:09-cv-01248-LJO-SMS |
| 2 | Plaintiffs, | |
| 3 | v. | |
| 4 | JOSEPH KENNEDY, ET AL., | |
| 5 | Defendants. | |
| 6 | _____/ | |
| 7 | TIMBISHA SHOSHONE TRIBE, ET AL., | No. 2:11-cv-00995-GEB-GGH |
| 8 | Plaintiffs, | |
| 9 | v. | |
| 10 | DEPARTMENT OF THE INTERIOR, ET AL., | |
| 11 | Defendants. | |
| 12 | _____/ | |

The Court received the Notice of Related Cases filed on February 19, 2010 and April 21, 2011.

Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

///

1    The parties should be aware that relating the cases under
2 Local Rule 123 merely has the result that both actions are
3 assigned to the same judge; no consolidation of the action is
4 effected.  Under the regular practice of this court, related
5 cases are generally assigned to the district judge and magistrate
6 judge to whom the first filed action was assigned.
7    IT IS THEREFORE ORDERED that the actions denominated
8 1:09-cv-02230-LJO-SMS, Timbisha Shoshone Tribe, et al. v. Ken
9 Salazar, et al., 1:09-cv-01248-LJO-SMS, Timbisha Shoshone Tribe,
10 et al. v. Ken Salazar, et al., and 2:11-cv-00995-GEB-GGH,
11 Timbisha Shoshone Tribe, et al. v. Department of the Interior, et
12 al., are reassigned to Judge Morrison C. England, Jr. And Dale A.
13 Drozd for all further proceedings, and any dates currently set in
14 these reassigned cases only are hereby VACATED.  The Clerk of the
15 Court is to issue an Order Requiring Joint Status Report.
16 Henceforth, the caption on documents filed in the reassigned
17 cases shall be shown as 1:09-cv-02230-MCE-DAD, 1:09-cv-01248-MCE-
18 DAD, and 2:11-cv-00995-MCE-DAD.
19    IT IS FURTHER ORDERED that the Clerk of the Court make
20 appropriate adjustment in the assignment of civil cases to
21 compensate for this reassignment.
22    IT IS SO ORDERED.

 Dated: April 25, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE